JOSEPH FRANKENBERGER, Appellant, v. ALEXANDER SCHNELLER and Another, Executors, etc., of BERNHARD SCHNELLER, Deceased, Respondents.— Orders

affirmed, with ten dollars costs and disbursements. No opinion. Present —
Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.